IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00087-MSK-KLM

RUFFDOGS, INC., a Colorado corporation,

       Plaintiff,

v.

WESTERN STATES PATHOLOGY, a Colorado corporation d/b/a Northern Colorado Cytology Services, Inc.,
3T SYSTEMS, INC., a Colorado corporation,
ERIC LEFTWICH, an individual,
ALEC LEE, an individual, and
DOES 1-9, inclusive,

       Defendants.
_____

## ORDER
_____

THIS MATTER comes before the Court *sua sponte*. It appears from a review of the Pre-Trial Preparation and Trial Setting Order - Civil **(#31)** entered May 15, 2007, incorrectly sets the Jury Trial set for August 11, 2008, at 4:00 p.m.

**IT IS ORDERED** that the Jury Trial set for August 11, 2008, shall begin at **1:00 p.m.**

Dated this 12th day of September, 2007.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge