IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00087-MSK-KLM

RUFFDOGS, INC., a Colorado corporation,

    Plaintiff(s),

v.

WESTERN STATES PATHOLOGY, a Colorado corporation d/b/a Northern Colorado Cytology Services, Inc.,
3T SYSTEMS, INC., a Colorado corporation,
ERIC LEFTWICH, an individual,
MICHELLE L. WEBB, an individual,
ALEC LEE, an individual, and
DOES 1 - 9, inclusive,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' Motion to Vacate Hearing Date [Docket No. 67; Filed December 12, 2007] ("Motion No. 67"). A hearing has been scheduled for December 18, 2007 to address the relief requested by Plaintiff in its First Motion for Modification of the Scheduling Order [Docket No. 62; Filed November 30, 2007] ("Motion No. 62"). The parties filed a Notice of Settlement [Docket No. 66] and informed the Court that all remaining issues in the case have been resolved. Accordingly.

    IT IS HEREBY **ORDERED** that Motion No. 67 is **GRANTED**. The hearing on Motion No. 62 set for December 18, 2007 at 11:30 a.m. is **vacated**, and Motion No. 62 is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the parties shall file a stipulation of dismissal on or before **December 21, 2007**.

    Dated: December 13, 2007