IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00087-MSK-KLM

RUFFDOGS, INC., a Colorado corporation,

      Plaintiff,

v.

WESTERN STATES PATHOLOGY, a Colorado corporation d/b/a Northern Colorado Cytology Services, Inc.,
3T SYSTEMS, INC., a Colorado corporation,
ERIC LEFTWICH, an individual,
ALEC LEE, an individual, and
DOES 1-9, inclusive,

      Defendants.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court upon the parties' Joint Motion for Dismissal With Prejudice **(#79).**[1] The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#79) is GRANTED.** This action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED this 7th day of January, 2008.

                                                       **BY THE COURT:**

                                                       Marcia S. Krieger
                                                       United States District Judge

---

[1] The Motion does not refer to Fed.R.Civ.P. 41(a)(1) for which no Order of Dismissal is issued. However, because the text of the Motion clearly requests issuance of an Order, the Court regards the Motion as being brought pursuant to Fed.R.Civ.P. 41(a)(2).